RECEIVED
IN LAKE CHARLES, LA

MAY 21 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-20134-01 |
| VERSUS | JUDGE MINALDI |
| ALVIN G. WASHINGTON | MAGISTRATE JUDGE WILSON |

### ORDER

UPON CONSIDERATION of the SECOND MOTION FOR CONTINUANCE OF TRIAL DATE AND WAIVER OF STATUTORY RIGHT TO SPEEDY TRIAL filed by the defendant, ALVIN G. WASHINGTON, and considering that Mr. Washington has not retained counsel to represent him;

IT IS HEREBY ORDERED that trial of this matter is scheduled for June 4, 2007. Considering the trial schedule of counsel for Mr. Washington, failure to grant this continuance would have unreasonably denied Mr. Washington continuity of counsel, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

Lake Charles, Louisiana, May _____21_____, 2007.

PATRICIA MINALDI
United States District Judge